DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NANCY ROWLAND,**
Appellant,

v.

**PETER ROWLAND,**
Appellee.

No. 4D22-303

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. PRC19-003852.

Peter Ticktin and Garrett Kesl of The Ticktin Law Group, Deerfield Beach, for appellant.

Ellen S. Morris of Cozen O'Connor, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***